## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ

FILED BY _____ ᏟᎠᎢ _____ D.C.

JUL 1 6 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Terry Lopez,
**Plaintiff**

vs.

Office Depot Inc., The ODP Corporation, The Office Club Inc., OMX Inc., CompuCom Systems, Inc. and Grand & Toy LLC.
**Defendant(s)**

## COMPLAINT

I, **Terry Lopez**, plaintiff, in the above styled cause, sue defendant(s): <u>Office Depot Inc., The ODP Corporation, The Office Club Inc., OMX Inc., CompuCom Systems, Inc., and Grand & Toy, LLC.</u>
This action is filed under : <u>Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et. seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a and Florida Civil Rights Act of 1992, as amended and Palm Beach County Equal Employment Opportunity Ordinance,</u>

## NATURE OF THE ACTION

This action is to correct the unlawful employment practice of discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et. seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. This action seeks to provide appropriate relief to Terry Lopez, who was adversely affected by such practices. Plaintiff, Terry Lopez, contends the Defendants Office Depot Inc.,The ODP Corporation, The Office Club, Inc., OMX, Inc., CompuCom Systems, Inc. and Grand & Toy, LLC. has discriminated against me by harassing and terminating my employment.

The Palm Beach County Equal Employment Opportunity is accused of colluding with Office Depot Inc. to suppress the charge filed by Terry Lopez and other employees. Charge No. 15M-2017-00134. Office Depot Inc. was one of two large employers in Palm Beach County. Office Depot Inc. was receiving a subsidiary from Palm Beach County, which was a 5-year agreement. Office Depot's status as a flagship may have led to slow or no responses from the Palm

Beach County Equal Employment Opportunity, including inappropriate behavior by the EEOC Mediator Jose Camejo, such as sharing email communications with Office Depot Inc. that the Plaintiff, Terry Lopez requested should not be shared with the Defendant during mediation.

**JURISDICTION AND VENUE**

Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 703(a), 704(a) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-2(a), 2000e-3(a), 2000e-5(f)(1), 2000e-5(f)(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a. 2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Florida.

Equal Employment Opportunity and Florida Commission on Human Relations failed to issue a determination on a charge of discrimination (Charge) within 180 days of the Charge's filing. EEOC Charge No. 15M-2017-00134. FEPA No. 1700366. As a result, the four-year statute of limitations should be applied.

**PARTIES**

Plaintiff Terry Lopez is seeking interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Title VII of the Civil Rights Act of 1964, as amended, and the Florida Civil Rights Act of 1992, as amended.

At all relevant times, Defendant has continuously been and is now doing business in the State of Florida and has continuously had at least fifty (50) employees.

At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce.

**GENERAL ALLEGATIONS**

Plaintiff, Terry Lopez was employed by Respondent as a Program Manager II. In April 2016, the Plaintiff met with Stefanie Goldberg, Human Resources Manager, to complain and share concerns that managers had been harassing Tevin Colbert, a bi-racial gay employee. Soon after my meeting with Ms. Goldberg, the work environment began to deteriorate.

In August 2016, the Plaintiff, Terry Lopez voluntarily transferred to a new team. In March 2017, the Plaintiff was given a poor performance review for the first time during my employment with Respondent.

On July 27, 2017, days after meeting with Office Depot Inc. Legal Counsel, Katrina Lindsey. Terry Lopez' employment was terminated. Other, white and Hispanic employees who also reported the harassment of the bi-racial gay employee amongst other issues, were not transferred, reassigned or terminated from their employment.

Respondent's stated reasons for Terry Lopez' termination was "position elimination." This, however, was not true as there were two other Program Managers within the department, more than 20 throughout the organization and open requisitions seeking Program Managers, including two positions Terry Lopez applied for prior to her termination.

Discrimination Statement: I, Plaintiff, Terry Lopez believe I have been discriminated against based on my race/color, African American/black, and subsequently retaliated against following my complaints of harassment, all in violation of the Palm Beach County Equal Employment Opportunity Ordinance, Title VII of the Civil Rights Act of 1964, as amended, and the Florida Civil Rights Act of 1992, as amended.

**FIRST CLAIM FOR RELIEF (DISCRIMINATION):**

Since at least March 2017, Defendant has engaged in unlawful discriminatory practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a) by terminating my employment, because I opposed discriminatory practices.

The unlawful employment practices described above were intentional.

The unlawful employment practices described above were done with malice or with reckless indifference to the federally protected rights of Terry Lopez.

**SECOND CLAIM FOR RELIEF (RETALIATION):**

Since at least March 2017, Defendant has engaged in unlawful retaliatory practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a) by providing a performance evaluation lower than it should have been and terminating the employment of Terry Lopez because I opposed discriminatory practices. The effect of the events described above has been to deprive Terry Lopez of equal employment opportunities in retaliation for exercising my federally protected rights.

The unlawful employment practices described above were intentional.

The unlawful employment practices described above were done with malice or with reckless indifference to the federally protected rights of Terry Lopez.

**PRAYER FOR RELIEF**

Wherefore, the Plaintiff, Terry Lopez respectfully requests that this Court:

**A.** Grant a permanent injunction enjoining Defendants, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which retaliates against employees who complain about discrimination;

**B.** Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees who exercise their federally protected rights to complain about discrimination and which eradicate the effects of its past unlawful employment practices;

**C.** Order Defendant to make whole Terry Lopez by providing appropriate backpay with prejudgment interest, and other affirmative and equitable relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to, rightful-place reinstatement or front pay;

**D.** Order Defendant to make whole Terry Lopez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including but not limited to a bonus payment that was reduced when my performance review was intentionally skewed in retaliation, adjustment of merit increase that was reduced when my performance review intentionally skewed in retaliation and job search expenses.

**E.** Order Defendant to make whole Terry Lopez by providing compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and humiliation;

**F.** Order Defendant to pay Terry Lopez punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial;

**G.** Order Defendant to provide training to its officers, managers and employees regarding discriminatory harassment and retaliation in the workplace;

**H.** Grant such further relief as the Court deems necessary and proper in the public interest; and

**I.** Award the Plaintiff costs in this action.

**JURY TRIAL DEMAND**

The Plaintiff, Terry Lopez requests a jury trial on all questions of fact raised.

Dated: July 16, 2021

Respectfully submitted,

Terry Lopez
tcamer1219@aol.com
101 Emerald Court
Royal Palm Beach, Florida 33411
561.619.5148

**Office DEPOT.**

# Legal Guide
# for
# Associates

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

# Table of Contents

SECTION 1 – INTRODUCTION ..................................................................................3

    PURPOSE AND SCOPE OF LEGAL GUIDE ..............................................................3

SECTION 2 – THE LEGAL DEPARTMENT ....................................................................3

    OVERVIEW ...................................................................................................3

    WHAT IS THE ATTORNEY–CLIENT PRIVILEGE? ......................................................4

SECTION 3 – GOVERNMENT RELATIONS ...................................................................5

SECTION 4 – PROCEDURES FOR REPORTING WRONGDOING ........................................5

SECTION 5 – POLICIES .........................................................................................6

    A.    INSIDER TRADING.....................................................................................6

    B.    POLICY ON FAIR DISCLOSURE TO AND COMMUNICATIONS WITH THE   INVESTMENT COMMUNITY .................................................................................................6

    C.    ANTITRUST.............................................................................................7

    D.    EQUAL OPPORTUNITY ..............................................................................10

    E.    FOREIGN CORRUPT PRACTICES ACT ............................................................12

    F.    INTERNATIONAL BRIBERY AND CORRUPTION LAWS ..........................................14

    G.    ANTI-BOYCOTT ACT/EXPORT LAWS.............................................................14

    H.    PROTECTION OF ASSOCIATE AND CUSTOMER DATA..........................................15

SECTION 6 – LEGAL GUIDANCE AND PROCEDURES....................................................17

    A.    CONTRACTS ..........................................................................................17

    B.    INTELLECTUAL PROPERTY .........................................................................18

    C.    ADVERTISING.........................................................................................23

    D.    LITIGATION AND REGULATORY MATTERS.......................................................24

    E.    COMPANY RECORDS.................................................................................27

    F.    EMPLOYMENT LAW AND EMPLOYEE BENEFITS.................................................29

    G.    REAL ESTATE LAW ..................................................................................30

CONCLUSION....................................................................................................31

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

## SECTION 1 – INTRODUCTION

## PURPOSE AND SCOPE OF LEGAL GUIDE

The purpose of this Legal Guide ("Guide") is to help Associates of Office Depot, Inc. and its subsidiaries, including OfficeMax Incorporated and Grand & Toy ("Office Depot" or the "Company") respond to legal issues by recognizing them and by using the Company's legal and other available resources. This Guide is primarily directed to Associates working in North America. However, sections on the Foreign Corrupt Practices Act and many of the general legal principles and guidance apply equally to global Associates.

This Guide provides brief discussions of certain, but by no means all significant legal issues, which arise in the course of the Company's day-to-day operations. We hope that the Guide, through its explanation of basic legal rules, principles and standards, will enable Associates to avoid creating or aggravating legal problems. An equally important objective of the Guide is to sensitize Associates to the variety and complexity of legal issues that confront the Company and to encourage them to turn to the Legal or Compliance Departments for assistance. The Company's attorneys and other legal professionals are prepared to analyze legal issues and recommend solutions.

This Guide is not intended to provide exact answers or advice. Instead, you should use this Guide in conjunction with relevant compliance, policy, procedure and/or operating manuals and with advice from your Manager or the Legal Department.

**If you have any doubt, do not take it upon yourself to make a legal judgment. Call the Legal Department for advice. If you want to anonymously report any violations of any Office Depot policy or the Code of Ethical Behavior, call 1-866-634-6854 or use the website** www.odhotline.com.

## SECTION 2 – THE LEGAL DEPARTMENT

### OVERVIEW

The General Counsel is the Company's Chief Legal Officer and, as such, has overall responsibility for the Company's legal affairs. The Legal, Global Compliance and Loss Prevention departments are under the direction of the General Counsel.

The Legal Department provides legal advice, guidance and services to the Company, while at all times adhering to the highest professional standards. The Legal Department represents the interests of the Company, not its individual Associates. Because the Company can only conduct its business activities through its Associates, the Company must rely on its Associates to work closely with the Legal Department to ensure compliance with all applicable laws.

Outside legal assistance can only properly be retained by the Legal Department. Company Associates should also look to the Legal Department as a valuable resource in achieving their

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner: General Counsel

business objectives.  Unless you have the specific authorization from the Legal Department to do so, you should not retain or consult with any outside attorneys on behalf of the Company. Instead, whenever you are in doubt about a legal issue, you should contact the Legal Department.

The Legal Department consists of attorneys, paralegals and legal assistants with experience in various areas of law. The <u>Legal Department's Intranet site</u> is a great resource.  It provides a wealth of information, including legal forms, guidelines, department contacts and information regarding the Company's Record Management Program.  The general responsibilities of each Associate within the Legal Department may be viewed on the Legal Department's Intranet homepage under: "Who's Who in Legal Department."

## WHAT IS THE ATTORNEY–CLIENT PRIVILEGE?

From time to time, you may receive information from the Legal Department identified as "attorney-client privileged." The "attorney-client privilege" protects from disclosure confidential communications between a client and an attorney that are made for the purpose of obtaining legal advice.  In the context of corporations, confidential communications with either the corporation's in-house attorneys or its outside counsel may be protected by the privilege.  The attorney-client privilege will protect a communication only if all of the following conditions are met:

- The communication is between an Associate and an attorney who is employed or retained by the Company to provide legal advice;

- The client Associate is seeking or receiving legal advice; and

- The communication is expected to be kept strictly confidential.

Not all conversations are protected and the privilege may be unwittingly lost if conversations or documents containing legal advice are revealed to others, possibly even to contractors working for Office Depot.  You should be aware that historical facts are not protected from disclosure.

It is important to keep information discussed in privileged conversations private in order to protect the Company and/or Associate from having to disclose the information in a legal proceeding at a later time.  If the information is disclosed to others, including contractors working for Office Depot, without permission, the privilege may be waived, and this legal protection for the Company may be forfeited.  **Do not forward any e-mail communication received from a Company attorney prior to consulting with that attorney to ensure that attorney-client privilege can be preserved.**

**Accordingly, you should always consult with a Legal Department attorney before disclosing any communications that might be protected by the attorney-client privilege. For example, you should consult with the attorney before e-mails sent to you from the attorney.**

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

## SECTION 3 – GOVERNMENT RELATIONS

Office Depot does business across numerous channels and sells to a variety of customers. Public sector customers comprise a significant amount of the sales in the Business Solutions Division. Contracting with government entities is highly competitive, and our ability to compete successfully for and retain business with the federal government and various state and local governments is critical. Our government business is sensitive to changes in local, state and national priorities, laws and budgets. Our non-government business is subject to similar influences, especially legislation that affects our customers, our employees, and how we conduct business on a daily basis. In fact, Office Depot recognizes that with increasing frequency the actions of public policymakers at the federal, state and local levels - both elected and appointed - impact our daily business operations and profitability.

In an effort to remain aware and possibly influence federal, state and local governments in an appropriate way, we monitor and participate in the political process at various levels. In doing so, Office Depot demands the highest standards of professional conduct from those representing Office Depot. Corporate political activity is regulated by federal, state, and local laws, and violations of these laws carry civil and criminal penalties.

Within the Legal Department, we have a Government Relations function to help our business navigate through the political influences that affect our business. Our government relations efforts include meeting with legislators and other members of government across the legislative and executive branches, retaining lobbyists, participating in key organizations, evaluating and facilitating political contributions, attending key public-sector meetings, and attending other government relations and political events. For more information regarding our government relations efforts, and to the extent that you have any questions that in any away relate to these issues or you are considering participating in such activities on behalf of Office Depot, please refer to <u>Government Relations - Introduction</u>, available on the Legal Department's Intranet page.

## SECTION 4 – PROCEDURES FOR REPORTING WRONGDOING

Any time an Associate has a question about compliance issues, ethical standards or other concerns related to business conduct, the Associate should contact his or her manager, the Company's Compliance Officer, the General Counsel or another member of the Compliance or Legal Department. Any time an Associate has observed or suspects a violation of law, the Company's Code of Ethical Behavior, any Company policy that may have occurred, he or she should immediately report the alleged violation to his or her manager, the Company's Compliance Officer, the Office Depot Hotline, the Compliance or Legal Department.

Any questions regarding accounting or accounting controls should be directed to the Controller. Any concerns regarding accounting, auditing, or accounting controls may be submitted to or discussed with the General Counsel or the Company's Compliance Officer on a confidential basis or submitted anonymously to the Office Depot Hotline (1-866-634-6854 or www.odhotline.com).

Associates found to have violated Company policies and/or procedures shall be subject to disciplinary action, up to and including termination.

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner: General Counsel

No retribution or retaliation shall be taken against an Associate who has reported a suspected policy violation or suspected unlawful conduct in good faith.  Any Associate who takes or attempts to take retaliatory action (e.g. changing the terms, conditions, pay, hours, etc., in a way that negatively impacts or punishes an Associate) against an Associate making such a report, shall be subject to appropriate disciplinary action up to and including termination of employment.

Reports of suspected wrongdoing by an Associate will be kept confidential to the extent reasonable and practicable.  The Company cannot guarantee total anonymity, but we will take precautions to protect the Associate and disclose information on a limited need-to-know basis.

## SECTION 5 – POLICIES

### A.    INSIDER TRADING

Associates must understand and comply with the insider trading rules.  **You need not be an officer or senior executive of the Company to be subject to the insider trading rules. *Any* Associate is subject to prosecution for a violation.**

The basic rules of insider trading are: Associates may not trade the Company's securities (stock, bonds, etc.) while in possession of material non-public information of Office Depot or provide material, non-public information of the Office Depot to anyone for the purposes of trading the Company's securities.

Material, non-public information of the Company includes any information that: (i) has not yet been made public by the Company; and (ii) is important enough to the Company that may cause someone to make an investment decision, such as the announcement of a merger, a restructuring, the entering into a large credit facility for the Company, the sale of a division of the Company, etc.

Insider trading may result in the imposition or civil and criminal penalties against you personally and the Company, publicity that is detrimental to your reputation and the reputation of the Company, and/or the loss of your employment with the Company.

The guidelines to assist you in determining when trading in the Company securities is appropriate may be found in the OD Stock Trading Policy.

Officers of the Company are subject to stricter rules and blackout periods.  Please refer to the above link for more information.  When in doubt, consult the General Counsel or the Company's Securities Counsel.

### B.    POLICY ON FAIR DISCLOSURE TO AND COMMUNICATIONS WITH THE INVESTMENT COMMUNITY

Office Depot is committed to fair disclosure of material, non-public information about the Company without providing any advantage to any particular analyst or investor, consistent with

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

the Securities and Exchange Commission's Fair Disclosure Regulation ("Regulation FD"). Under Regulation FD, the Company, or someone acting on its behalf, may not selectively disclose material, non-public information to analysts or investors without first or simultaneously disseminating such information to the public.  Our Policy on Regulation FD (i) prohibits the selective disclosure of material, nonpublic information about Office Depot, (ii) sets forth procedures that will prevent such disclosure, and (iii) provides guidelines to ensure the broad dissemination of material, non-public information regarding Office Depot when disclosure of such information is deemed appropriate.  You can find the Company's full FD Policy by clicking on "<u>Office Depot Policy on Fair Disclosure</u>" located on the Legal Department's Intranet page.

All contacts from reporters or media should be referred to the Vice President of Corporate Communications.

All contacts from investors or analysts should be directed to the Vice President of Investor Relations.

## C.   ANTITRUST

**General Antitrust Principles.**   The antitrust laws, also sometimes called fair trade, anti-monopoly and price fixing laws, prohibit any understanding (whether written, oral, formal, informal or simply tacit) among competitors to:

   (a)  Fix prices or terms of sale for competing products;

   (b)  Divide markets or allocate customers for competing products;

   (c)  Supply or refuse to supply particular customers with products; or

   (d)  Restrict or increase the production or the availability of products or services.

In other words, the purpose of antitrust laws is to promote the principles of a free and open market.

**Associates involved with pricing, purchasing, and selling and dealing in any way with a competitor, wholesaler, retailer, broker or a member of a trade association should work closely with the Legal Department to ensure compliance with applicable antitrust laws.**

Office Depot must make its own decisions in the marketplace, including, such as:

- How much to buy;

- Where to buy or sell;

- With whom to deal;

- What price to pay;

- What price to charge; and

- What advertising, promotion and credit terms to offer.

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner:  General Counsel

We cannot involve our competitors in any of these decisions and we cannot impose requirements on our suppliers and customers that would unduly restrict their freedom to operate and make decisions either. We welcome competition as an opportunity to sharpen our business instincts.

The U.S. antitrust laws apply to activities both in the U.S. and our activities oversees, as well. Please make yourself familiar with the general principals of the antitrust laws, so that you can identify a potential problem and seek advice from the Legal Department, if necessary, before engaging in any activity that may have competitive consequences.

**Forbidden Agreements.** You must never enter into any understanding, agreement, plan or conspiracy with any competitor with respect to prices, terms or conditions of sale, production, distribution, territories or markets in which either company will sell, categories of customers, bids to any customers or productions or sales volumes.

**Meetings or Discussions with Competitors.** You should avoid any contacts with competitors or representatives of competitors that may raise the perception that you and a competitor are or might be parties to an illegal agreement. Only meet with employees or representatives of competitors if there is a legitimate business purpose, unrelated to competition, between the companies. **Please call the Legal Department if there is any uncertainty as to whether a legitimate business purpose is in question.**

In any meeting with a competitor, document in advance the business purpose for the discussion so that there is a clear understanding of what will be discussed, restrict the discussion to the identified purpose, and document who attended the meeting, what was discussed in the meeting, the time, date, duration and participant of the meeting, and any agreed follow-up actions.

**Never discuss or share any of the following with any competitor:** Prices, marketing or pricing strategies, timing of price changes, price lists, product standards, divisions or allocations of territories, markets or customers, delivery terms or other terms and conditions of sale, from whom to buy or to whom to sell, profit margins, sales forecasts, sales plans, competitive bidding plans or strategy.

If you are present at any meeting where you believe improper discussions are taking place, excuse yourself from the meeting and promptly send your notes of the meeting, including a list of the parties present and a summary of the discussion up to the point that you leave the meeting, to the Legal Department.

If a competitor approaches you regarding any such matters, or if you observe any such meeting or discussion occurring at any trade show, convention or similar gathering, or if you are aware of any telephone conference on which such matters are discussed, you must contact the Legal Department immediately, or call Office Depot's Hotline (1-866-634-6854). This is a very serious matter. Any violation of these laws and policies may subject you and Office Depot to severe criminal and civil penalties.

**Trade Associations.** If you are involved with a trade association, you must be particularly alert to the Company's policy of strict compliance with the antitrust laws, because trade association activities provide opportunities for communications and meetings among competitors.

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner: General Counsel

**The Robinson-Patman Act.**  The Robinson-Patman Act governs a special category of antitrust offenses involving discriminatory practices that damage the Company's competitors or competitors of our customers.  The Robinson-Patman Act prohibits charging different prices for the same product to the Company's customers who are in competition with each other where this may cause an adverse effect on competition or with competing suppliers, unless the difference in price is cost justified or was offered in good faith to meet lower prices.

The Robinson-Patman Act also prohibits offering promotional payments, services or assistance on a disproportionate basis to competing purchasers of the same product unless the offer is made to meet competitive offers.  These offenses can occur either in selling to customers or in purchasing from suppliers.

**Office Depot cannot use its size or purchasing power to extract an unlawful advantage from its suppliers, nor can it treat customers in a discriminatory manner, or we may violate the Robinson-Patman Act.  Competitors should never be contacted for verification of their prices, terms of sale or promotional offers or services.**  Because these rules are complex, you should consult with the Legal Department before you:

- Sell the same product to competing customers at different prices or under different credit terms or terms of sale;

- Grant volume discounts or rebates which are not offered to all similarly situated customers;

- Adopt prices which cause the Company to make sales at a loss for a period of time to capture the market; or

- Receive special pricing or allowances for advertising or other services that are not offered to others on proportionally equal terms.

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

- 9 -

## D.    EQUAL OPPORTUNITY

Office Depot provides equal employment opportunities in all employment practices including, but not limited to, recruitment, selection, hiring, placement, promotion, transfer, selection for transfer, training programs, and compensation to all qualified individuals without regard to race, color, religion, sex, national origin, citizenship status, marital status, age, veterans status, physical or mental disability, genetic information, sexual orientation, gender identity or expression, or other protected group status.

Office Depot adheres to the equal employment opportunity requirements of the federal government and all states and localities in which it does business.  Office Depot displays, in prominent places throughout its facilities, information related to both state and federal equal employment opportunity laws.

Office Depot is committed to:

- Inclusion – we approach all opportunities and challenges by respecting the diverse thoughts, beliefs, backgrounds, cultures and energies of all Associates, customers and suppliers;

- Recruiting, training and promoting persons according to principles of equal opportunity;

- Basing employment decisions on principles of equal employment opportunity;

- Basing promotional decisions on valid job requirements; and

- Administering personnel actions, such as compensation, benefits, transfers, and Office Depot sponsored training, education, tuition assistance, and social and recreational programs according to principles of equal employment opportunity.

In order to offer career opportunities to individuals within the organization, it is our goal to consider qualified internal candidates for open positions.  In addition, all recruitment advertising placed by or on behalf of the Company will clearly indicate that Office Depot does not discriminate in any of its employment or other personnel practices on the basis of race, color, religion, gender, national origin, citizenship status, marital status, age, veteran's status, physical or mental disability, genetic information, sexual orientation, gender identity or expression, or other protected group status.

### Anti-Harassment

Office Depot is committed to providing a workplace free from discrimination, hostility, harassment or intimidation based on a person's race, color, religion, gender (with or without sexual conduct), national origin, citizenship status, marital status, age, veteran's status, physical or mental disability, genetic information, sexual orientation, gender identity or expression, or other protected group status.   Each Associate has the right to work in a professional

atmosphere where activity in violation of applicable local, state, and federal anti-discrimination laws is prohibited.

Office Depot's Anti-Harassment Policy is applicable to all Office Depot applicants, Associates and facilities and it extends to those with whom the Company conducts business, internally, or externally, including customers and vendors. Conduct prohibited by Office Depot's Anti-Harassment Policy is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings and business-related social events.

Under this Policy, harassment is verbal or physical conduct that denigrates or shows hostility or aversion to an individual because of his/her race, color, religion, gender (with or without sexual conduct), national origin, citizenship status, marital status, age, veteran's status, disability, sexual orientation, gender identity or expression, or any other characteristic protected by law, and that:

- Has the purpose or effect of creating an intimidating, hostile or offensive work environment;

- Has the purpose or effect of unreasonably interfering with an individual's work performance; or

- Otherwise adversely affects an individual's employment opportunities.

Examples of harassment prohibited by this Policy include but are not limited to: proactive or degrading graffiti, pictures or other written material, racist or sexual statements, slurs or jokes, unwelcome touching, negative stereotyping, and suggestive comments.

Sexual harassment may involve individuals of the same or different gender and is prohibited. For purposes of this Policy, sexual harassment is defined as unwelcome sexual advances, request for sexual favors and other verbal or physical conduct of a sexual nature when:

- Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

- Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

- Such conduct has the purpose or effect of unreasonably interfering with work performance or creating an intimidating, hostile or offensive work environment.

**Complaint Procedure**

Individuals who feel that they are the victims of employment discrimination, harassing conduct or retaliation should immediately report the incident to their supervisor. However, if the supervisor is the alleged harasser, or if the Associate feels uncomfortable talking to his/her supervisor, the Associate should inform his/her supervisor's supervisor, the location manager(s) or the Human Resources Representative. The Associate may also report the situation to Office

Depot's confidential Hotline (1-866-634-6854 or www.odhotline.com), or consider following the Problem Resolution Process, as set forth in the U.S. Policy Manual.

Confidentiality will be maintained throughout the investigation process to the extent consistent with adequate investigation and appropriate corrective action.

The Company will take prompt and appropriate corrective action when it determines that discrimination, harassment or retaliation has occurred. Corrective action may include, among other things, training, referral to counseling, monitoring the offender, demotion, reassignment, written or verbal warning, or other action up to and including termination, as Office Depot believes is appropriate under the circumstances.

### Anti-Retaliation

Office Depot prohibits retaliation against an individual who reports conduct, makes a complaint, participates in an investigation regarding a complaint, or otherwise participates in a proceeding or hearing involving behavior prohibited by its Code of Ethical Behavior, Equal Employment and Anti-Harassment policies. Such retaliation is a violation of these policies and those individuals will be subject to disciplinary action, up to and including termination.

## E.    FOREIGN CORRUPT PRACTICES ACT

Office Depot strictly prohibits the giving or receiving of kickbacks (giving or receiving anything of value to influence a business decision), bribes, or payoffs to influence a decision affecting Office Depot's business or for an Associate's personal gain. This policy applies to our businesses and all Associates in countries throughout the world, not just in the United States. Any violation of this policy may constitute a violation of the laws of the foreign countries in which Office Depot does business, as well of the laws of the United States, including the Foreign Corrupt Practices Act (the "FCPA").

U.S. public companies are subject to the FCPA, which generally prohibits any sort of bribe, kickback or similar payment to government officials outside the U.S. As such, no Associate or anyone affiliated with or acting on behalf of Office Depot, is permitted to offer, provide, give, pay, promise or authorize the payment of money or anything of value, directly or indirectly, to any local, state, federal or foreign government official, candidate, political party or political party official, or any representative of a non-governmental organization, for the purpose of:

    (a) influencing or inducing the action or decision of the recipient in any official capacity or in violation of any lawful duty;

    (b) influencing any third party or government agency in order to assist the Company in obtaining, retaining or advancing its business in any country; and

    (c) facilitating payments to conduct general business tasks (e.g. shipping products or installing office equipment).

The officers and employees of certain foreign companies with which we do business may be deemed to be "foreign government officials" if the company in question is owned in whole or in

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner: General Counsel

part by a foreign government. Many hospitals, schools and other like organizations are government owned, and the purchasing agents for these organizations would be considered government officials. **In the case of doubt as to whether a foreign company is government-owned, you should consult with the Legal Department.**

Loyalty, rewards, or other marketing programs must be reviewed by the Legal Department before any government employee or agency participates.

The use of intermediaries for making illegal payments to foreign government officials is also expressly prohibited by the FCPA. It is often difficult to know whether a distributor, sales agent, consultant or other agent retained by the Company may be engaged in the practice of making illegal payments to foreign government officials. However, if a sales agreement or distributor is selling to government owned enterprises, care must be taken to ensure that their commissions or other compensation are reasonable and in line with the market. **Be sure to conduct sufficient due diligence on any agent that works with Office Depot, and have such agent contractually agree in writing to abide by all applicable laws. No such agent may be engaged or retained without the prior authorization of the General Counsel, following compliance with the Company's specific procedures for evaluating, selecting, and retaining such agents.**

In the case of an international joint venture, care must be taken that the joint venture partner has been properly vetted and agrees in writing to abide by all applicable laws.

Compliance with Office Depot's accounting procedures and internal control procedures is an essential component of complying with the FCPA. Office Depot requires that each transaction entered into by the Company have proper authorization and initial approval, followed by proper and complete accounting and reporting of the transaction. No business expenses should be summarized. Corporate books and records must accurately and fairly reflect, in reasonable detail, all transactions and dispositions of assets as they in fact occurred. All accounting records, expenditures, expense reports, invoices, vouchers, gifts, business entertainment and any other business records must be accurately and reliably reported and recorded. For example, all business entertainment and meals must include a complete listing of every person present at the event. No Associate may participate in falsifying any accounting record, including to "cover up" an improper payment to any foreign official.

No undisclosed or unrecorded fund or asset may be established or maintained for any purpose. No payments to any third party shall be made in cash, and no corporate checks or wire transfers shall be made to "cash," "bearer," or third party designees of the party entitled to payment. No payments shall be made to a bank account in a country other than the recipient's place of principal business.

It may be customary practice in certain foreign countries for companies to incur reasonable expenses to entertain government officials, give personal gifts of modest value to such officials, and/or make minor payments to foreign government associates whose duties are essentially ministerial or clerical in nature to expedite some matter in a more timely or efficient manner. Such expenses may, under certain circumstances, be lawful under the laws of the United States and the foreign countries in which we do business. However, to avoid even the appearance of impropriety, it is Office Depot's policy that no such expenses, however small in amount, may be incurred without written authorization from the General Counsel. Associates must disclose such

payments to the Legal Department (U.S. or international) and department lawyers will coordinate to obtain the authorization of the General Counsel.

For questions on FCPA compliance, please contact the Legal Department.

## F.     INTERNATIONAL ANTI-BRIBERY AND ANTI-CORRUPTION LAWS

In addition to the FCPA, Office Depot Associates must be aware of the international anti-bribery and anti-corruption laws in the countries in which they are doing business. While each country has varying specifics and sanctions related to their laws, the UK Bribery Act is more restrictive and severe than the FCPA. The UK Bribery Act does not just apply to government officials, but applies to any public official.  The UK Bribery Act also criminalizes the conduct of the person who _receives_ the bribe, not just the bribe payer. It also imposes "strict liability" on the organization with which the bribe payer is affiliated, meaning that "good faith" or ignorance are not defenses for failing to comply with the law. Facilitation payments of any kind are not allowed under this law. Finally, the Act allows for unlimited fines and more severe prison terms than the FCPA.

As a Company with operations in the UK, our Associates are subject this law regardless of where in the world the incident occurs.

For questions on compliance with the UK Bribery Act or any other international bribery or corruption law, please contact the Legal Department.

## G.     ANTI-BOYCOTT ACT/EXPORT LAWS

Office Depot will not support foreign country boycotts of countries friendly to the United States or otherwise protected by United States laws against boycotts.

All Office Depot operations throughout the world are required to comply with United States laws and regulations that prohibit the Company from participating in, or otherwise supporting, certain foreign country boycotts of countries friendly to the United States, including, for example, Israel. The anti-boycott provisions of the Export Administration Act may prohibit (a) refusal to do business with any listed country for boycott reasons, (b) furnishing information about race, religion, sex, or national origin of Associates, officers, and directors, (c) furnishing information about business relationships with boycotted countries or blacklisted companies, and (d) accepting a check or payment voucher that has a boycott statement (for example, "This payment is made with the understanding that the Company does not do business with Israel").

Any request to participate in any such activity must be brought immediately to the attention of the General Counsel to ensure that appropriate action is taken and the required government report can be filed. A violation of the United States anti-boycott laws and regulations could result in the loss of Office Depot's right to export from the United States and, in some instances, individual civil and criminal penalties.

**_NOTE:_** A boycott-related request can sometimes be subtle. Be alert for unusual requests for data or assurances regarding sales to foreign countries. Promptly report any such unusual

Title: Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

requests to the General Counsel and do not provide the requested information without approval from the General Counsel.

## H.    PROTECTION OF ASSOCIATE AND CUSTOMER DATA

Office Depot respects the privacy of its Associates and customers. You are required to handle company information in a confidential and responsible manner — just as you expect your private information to be handled. Proprietary business records containing personal information about Associates or customers including credit card information and social security numbers must be kept confidential and protected in a secure manner. Failure to do so may be grounds for termination of your employment with Office Depot and could lead to individual civil or criminal charges being brought against Office Depot and/or you.

**Associate Records**

Access to Associate records is strictly limited to managers and others with a specific need for the information in the performance of their duties. You must handle confidential Associate information responsibly. To ensure security of such information, do not permanently store confidential Associate data on local hard drives. Further, do not share or disclose your password to anyone. Certain programs offer delegate designations, so please consult with Information Security about permissible options to assist you in completing your duties without compromising confidential data. Personnel files, records and documents, including medical files maintained by Office Depot on current and former Associates, may not be disclosed to anyone outside the Company without the consent of both the Associate and the Company, unless the Company is complying with a legal requirement, such as a court order. These requests should be brought to the attention of the Legal Department prior to any document disclosure.

Office Depot has established procedures to ensure that Associates' medical information will remain confidential and protected from unauthorized use and disclosure. Associates who have access to private health information must be trained on and follow the Health Insurance Portability and Accountability Act (HIPAA) privacy rules and the privacy protections under the Americans with Disability Act and the Genetic Information Non-Discrimination Act. Further, security controls and systems are in place to restrict access to privileged medical information.

It is important to follow the established procedures. The company may, however, provide some information in response to legitimate inquiries for references on current and former Associates. See the Reference Requests policy in the U.S. Policy Manual for additional information.

**Customer Records**

Our customers are one of our most valued assets. They entrust us with safeguarding their information and using it only for legitimate business purposes. Access to customer records is strictly limited to those who have a need for the information in the performance of their job duties. Associates handling private customer information, such as credit card information, must do so responsibly and only to the extent necessary to provide service to our customers.

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

Our customers count on us to protect their information while it is in our possession and to properly dispose of it when no longer needed. Protecting customer information is critical. Failure to do so can lead to customer identity theft. There are existing laws that require Office Depot to implement measures and safeguards to protect customer data while it is in our possession.

**Personally Identifiable Information ("PII")**

While Office Depot takes precaution to protect all of our information, extra measures are taken to protect certain types of information, such as Personally Identifiable Information.

Personally Identifiable Information or "PII" is information that can uniquely identify someone. Many states and countries have laws concerning the protection and transfer of PII for both customers and Associates.  The following information should, under all circumstances, be treated as PII:

**First name and/or first initial and last name in combination with any one or more of the following:**

- Date and/or place of birth
- Address (number, street name, city, state, zip code)
- Telephone numbers (land line, mobile, fax, etc.)
- Driver's license or state identification number
- Government identification number (i.e., Social Security Number or Tax I.D. Number)
- Passport number
- Tribal identification card
- Credit card, debit card or financial account information
- Other financial account information (e.g., checking account number, mortgage information)
- Certain employment information, including employment history and job appraisal information
- Medical information
- Health insurance information
- IP addresses (in certain cases)
- Immediate family information (spouse, children, parents, siblings)
- Mother's maiden name
- Digitized or electronic signature
- Passwords
- E-mail addresses
- Vehicle registration number or title number and related information
- Biometric information, which identifies a person's physical characteristics, including photographic image (especially of face or other distinguishing characteristics), x-rays, fingerprints, or other biometric image or template data (e.g., retina, scan, voice signature or facial geometry)
- DNA sequence.

There are also laws that require us to notify our customers and Associates if we suspect unauthorized access to their PII.  Please immediately notify a member of the Legal Department if you believe that the Company's systems or information has been improperly accessed or are at risk, or if there has been, or you suspect there may have been unauthorized access to PII.

Associates found not taking the proper measures to safeguard customer PII may be subject to disciplinary action, up to and including termination.

Please see our Records Retention Schedule for details on how various types of PII should be secured and destroyed.

# SECTION 6 – LEGAL GUIDANCE AND PROCEDURES

## A.    CONTRACTS

### DEFINITION

In simple terms, a legally binding contract arises when (i) one person offers to do, make or sell something, and (ii) another person accepts that offer and agrees to give or do something in return.   Contrary to popular belief, contracts do not have to be in writing to be valid and enforceable.  Indeed, discussions or oral promises can create a legally binding contract in some circumstances.

### WHEN IS A WRITTEN CONTRACT NEEDED AT OFFICE DEPOT?

Whenever a business unit intends to conduct business with a third party in any manner that obligates the Company to buy or sell products or services, or obligates a third party to provide goods, services or benefits to the Company, there must be a written contract in place.

### CONTRACT REVIEW AND EXECUTION

Company policy requires that all contracts be reviewed and approved by the Legal Department prior to execution.  Please refer to the Contract Review and Execution Procedures Frequently Asked Questions on the Legal Department's Intranet page for additional information and guidance.

### EXECUTED CONTRACTS

**The originals of executed contracts are required to be forwarded to the Legal Department, and you should keep a copy for your files.**

## B.    INTELLECTUAL PROPERTY

**DEFINITION**

Intellectual property rights are the rights granted by law to protect intangible rights created by one or more individuals from being misappropriated by others. The most common forms of intellectual property are: patents, trademarks, copyrights, and trade secrets.

## PATENTS

Under U.S. patent law, an inventor may obtain a **_utility patent_** for a new or an improvement to a useful and non-obvious process, machine, manufacture, or composition of matter, or any new, or useful improvement thereof.  An inventor also may obtain a **_design patent_** for a new, non-obvious, original and ornamental design for a product.

A valid utility or design patent allows the inventor to exclude others from making, using, offering for sale, selling, or importing into the U.S., the patented invention.  In other words, the inventor is granted a limited monopoly in return for fully disclosing his or her invention to the government. The monopoly for utility patents lasts for 20 years from the date of filing the patent application, while the design patent monopoly lasts for 14 years from the issue date of the patent.

### Employee Inventions and Designs

Office Depot owns both U.S. and foreign utility and design patents for inventions and designs that were created by Office Depot employees.  If you believe that you have created a potentially patentable product or ornamental product design, please fill out and submit the Invention Disclosure Form located on the Legal Department's Advertising and Marketing Services Intranet page. Please note that if a patent application is filed for your invention or ornamental design, you will be required to assign the patent application and any patent that issues to Office Depot, as required by the Associate Non-Competition, Confidentiality, and Non-Solicitation Agreement executed at the time of your employment.

### Avoiding Third Party Patents

When proposing new products for sale in Office Depot stores or to business customers, care must be taken to ensure that the sale of the proposed product will not infringe any third party patents.  The products, their packaging, and accompanying literature should be reviewed to determine if they are marked with any patent numbers.  An Internet search should also be conducted for evidence that the product is patented.  In addition, vendors and manufacturers should be questioned regarding whether the proposed product is covered by patents and proper indemnification clauses for patent infringement should be added to vendor and supply agreements.

If it appears that a proposed product is patented or you are aware of patents that relate to similar products, please provide copies of the patents to the Legal Department immediately. The proposed product should not be imported, made, used, offered for sale or sold prior to receiving clearance to do so from the Legal Department.

## TRADEMARKS

A trademark is any word, name, phrase, symbol, design, logo, product configuration, color, scent, sound, or device used to identify and distinguish the source of one's products from the products of others.  Service marks are similar to trademarks but identify and distinguish the source of services of one party from those of others.  Examples of Office Depot trademarks include Ativa®, Foray®, Tül®, and Highmark®.  Corporate or trade names, such as Office Depot, Inc. are not trademarks.  However, it is common for a company to own both a trade name and a trademark for similar marks, *e.g.*, Office Depot, Inc. and Office Depot®. Trademarks and service marks create and symbolize the goodwill of the business – positive experiences people have with Office Depot will generate patronage and encourage consumers to come back to Office Depot's stores/catalogs and buy more products.

Please note that the term "trademark" in the discussion below refers to trademarks and service marks collectively unless the two terms are separately discussed.

### Proper Trademark Usage

Proper trademark usage is essential to protect the value of a trademark and the public from confusion and deception.  Trademarks, including those of Office Depot and third parties, should always be used as adjectives, never nouns.

Correct: I wrote the note with a Tül® pen

Incorrect: The Tül® was next to the note I wrote.

Correct: Office Depot's support kits include LoJack® for Laptops software.

Incorrect: Office Depot's support kits include LoJack® for Laptops.

Failure to use a trademark correctly may result in the trademark becoming generic which means the owner no longer has any rights in the trademark, and the trademark has no value.  Elevator, Yo-Yo, and Aspirin are all well-known product names, which began as trademarks, but are now generic.

In addition, proper usage of Office Depot and third party trademarks requires applying a notice symbol to the mark.  The notice symbols for registered and unregistered trademarks and service marks are different as shown below.

- TM is used to indicate an unregistered trademark.  It is a notification to the public that a party claims it has rights in the mark.

- A SM is used to indicate an unregistered service mark.  It is a notification to the public that a party claims it has rights in the mark.

- ® is a warning notice to advise the public that the mark is registered with the United States Patent and Trade Office ("USPTO") or a foreign trademark office  This notice can be used only with registered marks.

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

Any questions regarding the proper usage of a trademark or application of the appropriate notice symbol should be directed to the Legal Department.

**Approval Required for New Trademarks and Domain Names**

All new trademarks and domain names, whether for internal and/or external Office Depot use, MUST be approved by the Legal Department before their first use on advertising and marketing materials, store signage, an Office Depot website, or product packaging.

Approval is required to ensure that Office Depot does not inadvertently infringe trademarks owned by third parties. Requests for approval are made by filing out the <u>Trademark Search and Application Form</u> located on the Legal Department's Advertising and Marketing Services Intranet page.

First, a preliminary or knock-out search is done to determine whether there are any identical pending trademark applications existing registrations, or existing uses of the trademark. If the preliminary search indicates the proposed trademark may be available for use, a full trademark search should be requested and conducted. Preliminary and full trademark searches take a minimum of 5-7 business days. Therefore, please submit the <u>Trademark Search and Application Form</u> well in advance of the anticipated first use date of the trademark.

## <u>COPYRIGHTS</u>

Copyright protection may be afforded to any original work of authorship that is fixed in a tangible medium of expression. Examples of copyrightable works include, but are not limited to, literary works such as computer software, product manuals, and advertising copy, musical works, dramatic works, pantomimes and choreographic works, pictorial, graphic, and sculptural works, motion pictures, audiovisual works, and sound recordings. Copyright does not protect ideas, concepts, procedures, systems, methods of operation, or discoveries.

Once an original work of authorship is fixed in a tangible medium, *e.g.*, a photograph of a sunset is taken, copyright law protects that photograph from being copied, distributed, or displayed without the author's permission. Similarly, copyright protects music from being performed or played in public without the permission of the songwriter, arranger, publisher, and performer. Therefore, music should not be played publicly in stores or at company events unless a proper license is in place.

It is important to understand that a work may be protected by copyright law even if it does not have any type of copyright notice. Therefore, a good rule of thumb to follow is to assume that a work is covered by copyright law, unless there is evidence to the contrary. This rule especially applies to works on the Internet. **Simply because a work is posted on the Internet, including on YouTube and Facebook, does not mean that you are entitled to copy and use it.**

Further, special attention should be paid to images downloaded from Shutterstock® or other websites. Although you may pay to download the image, Shutterstock® may provide only a limited license to use the image. For example, some Shutterstock® images may only be used for "non-commercial" purposes, which means that Office Depot cannot use the image in its

advertising materials.  Furthermore, if an outside agency is preparing materials for Office Depot which use photographs, graphics, video clips, and/or text, you must ask the outside agency for evidence that it has the right to use them in the materials prepared for Office Depot.  If you have a question as to whether a particular work is copyrighted and whether you can use it, please contact the Legal Department.

When working on advertising copy, the Office Depot websites, brochures, manuals, packaging, or other artwork as part of your job at Office Depot, you should always remember to include a proper copyright notice, indicating that Office Depot or one of its affiliates owns the material.  A proper copyright notice includes the following:

1. ©, the word "Copyright" or the abbreviation "Copr.";
2. The year of first publication of the work; and
3. The name or a known designation of the copyright owner.

The copyright notice should be displayed in such a place that it gives reasonable notice to the public of Office Depot's copyright claim.  **If you are unsure of whether a work should include a copyright notice or which Office Depot entity should be listed as the copyright owner, please contact the Legal Department.**

## TRADE SECRETS

A trade secret is any information which is used in business and has economic value as a result of not being known by others.  Trade secrets include formulas, patterns, compilations, programs, devices, methods, and techniques. Examples of well-known trade secrets include the formulas for Coca-Cola, Kentucky Fried Chicken, and WD40.  **Customer lists, supplier identities, upcoming price changes, and research and development activities also may be company trade secrets.**

Valuable trade secrets are lost if they are disclosed to a third party (a company or individual), who is not under an obligation to keep them secret or if proper policies and procedures to maintain their secrecy are not in place and followed.  All Office Depot Associates are required by law and the Associate Non-Competition, Confidentiality, and Non-Solicitation Agreement executed at the time of employment to maintain the confidentiality of Office Depot's trade secrets.  Simple steps that you can take to prevent inadvertent disclosure of trade secrets include, keeping confidential documents in a locked drawer, locking your office door, turning off your computer at night, refraining from discussing company confidential information on elevators, and using privacy screens for your laptop computers when traveling.  If you believe that an Office Depot Associate has disclosed or may disclose a company trade secret, contact the Legal Department immediately.

## INFRINGEMENT

If you believe that a third party is infringing an Office Depot patent, trademark or copyright or misappropriating an Office Depot trade secret, please immediately fill out and submit the Trademark Infringement Reporting Form located on the Legal Department's Advertising and Marketing Services Intranet page and forward the completed form to the Legal Department.

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

- 21 -

Office Depot takes great care to avoid using third party patents, trademarks, copyrights and trade secrets. However, from time-to-time, a third party may accuse Office Depot of infringing one or more of its patents, trademarks, or copyrights or misappropriating trade secrets. If you are told or receive a letter, an email, or a voicemail that suggests or states Office Depot is infringing a third party's patent, trademark, or copyright, please immediately fill out the Infringement Reporting Form located on the Legal Department's Advertising and Marketing Services Intranet page and forward the completed form to the Legal Department.

## UNSOLICITED IDEAS

The Company has a strict policy <u>against</u> accepting unsolicited ideas for products, merchandising, marketing, advertising, services, and similar submittals.

Because we may already have ideas or concepts in process that are similar to those that are submitted, we do not want any confusion to exist as to the origin of such ideas or concepts. Particularly, we do not want the submitter of an unsolicited idea or concept to allege that Office Depot owes them compensation for using his or her idea or concept. Therefore, once the Legal Department receives the unsolicited idea or concept it will return such unsolicited ideas or concept back to the submitter.

- **What Is Covered by the Policy?**

  Unsolicited correspondence from known or unknown vendors or other persons who submit unsolicited ideas or concepts regarding products, merchandising, marketing, advertising, services, and similar submittals, including without limitation those that request Office Depot to:

  - Manufacture or have manufactured products, especially under one of our Private Brands;

  - Provide funding or other resources so that they can manufacture the products or have the products manufactured themselves and sell to Office Depot;

  - Provide certain services not performed by the submitter;

  - Sell certain products not manufactured by the submitter; and

  - License an idea or even a patent from the submitter so that Office Depot can manufacture or have manufactured such product.

Additionally, all correspondence that requests to use Office Depot products, stores, etc. in a movie, television show, or similar production falls under this policy.

**All correspondence and any samples provided that fall under this policy must be forwarded to the Legal Department. Please do not keep copies of the information/idea forwarded. The Legal Department will draft a letter to the appropriate party explaining**

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner: General Counsel

that Office Depot does not accept unsolicited ideas and will return the correspondence back to the submitter.

- **What is <u>NOT</u> Covered by the Policy?**

Unsolicited correspondence from manufacturers, suppliers, wholesalers or authorized representatives of companies offering existing products. This type of correspondence should be processed by the Merchandising Department in accordance with its policies for handling such requests. If, however, you choose to use a product identified in such a notice as a basis for a product you wish to sell (whether from the entity sending the notice or another entity), please be sure to work with the Legal Department to determine if an intellectual property search is necessary to ensure that such product does not infringe the rights of any third party.

For example:

- You receive an unsolicited letter/email from Company X. Company X claims to have a great idea for a new "electronic pencil." The letter states that Company X does not have the resources to manufacture the pencil. They want Office Depot to manufacture the pencil and pay them a royalty/license fee. This letter should be forwarded to the Legal Department.

- You receive an unsolicited letter/email from Company Y. Company Y manufactures and sells what it considers to be an innovative "electronic pencil." Company Y wants Office Depot to purchase these pencils from Company Y and sell them. This letter should be processed by the Merchandising Department; however, the Legal Department should be notified to help determine if we require an intellectual property search.

## RIGHT OF PUBLICITY AND PRIVACY

The commercial use of look-a-likes, sound-a-likes, or the name, picture, likeness or other recognizable characteristic of a well-known person without his or her approval may be a violation of the right of publicity. The unauthorized use of the name, picture or likeness of any individual may also be a violation of that person's right of privacy.

## C.    ADVERTISING

**It is important to emphasize that all advertising must be truthful, accurate and clearly communicated so as not to be misleading.** State and federal laws prohibit false, deceptive or misleading advertising. Advertisements considered to be either "unfair" or "deceptive" may be challenged by the Federal Trade Commission ("FTC"), various State Attorneys General or our competitors in civil litigation, all of which could subject Office Depot to monetary damages, penalties and/or fines, and in some instances, criminal penalties can be imposed against individuals. In addition, industry self-regulatory programs such as the Better Business Bureau may challenge unfair or deceptive advertisements. In all instances, if any inquiry is made questioning any of Office Depot's marketing or advertising, whether formal or informal, by a

federal or state regulatory agency, industry self-regulator, competitor or otherwise, all such inquiries must be directed to the Legal Department.

For additional information regarding Office Depot's advertising policies and guidance, please refer to <u>Office Depot Advertising Guidelines</u> available on the Legal Department's Advertising and Marketing Services Intranet page.

## D.   LITIGATION AND REGULATORY MATTERS

The litigation team is responsible for issues involving various types of disputes including: contract matters, products liability claims, personal injury claims, regulatory issues, consumer complaints, condemnation and eminent domain actions, mechanic's liens, third party discovery requests, vendor disputes, bankruptcy (preference demands, proof of claim) issues, lease administration and construction disputes.  The focus of this team is to try to resolve issues whenever reasonably possible prior to litigation, and to protect the Company's interest in any litigation.  If the dispute becomes a litigation action, it is necessary for the parties to be "served" with the appropriate legal documents.

### SERVICE OF PROCESS

The term "process" is a general name for the many types of notice that courts and administrative agencies may issue.  "Process" includes, for example, subpoenas, complaints, garnishments, qualified domestic relations orders, tax levies, citations, petitions or any other notice that compels a person or entity to take a certain action or that provides official notice of a legal matter.  In all cases, process is not legally effective unless it is "served" on the appropriate person or legal entity.  Generally, process may be "served" by mail or delivered in person by a marshal or process server.

**Service on the Company**

- Office Depot, Inc. has appointed *Corporate Creations International, Inc.,* ("Corporate Creations") as our Agent for Service of Process in each state in which we have a place of business.  Corporate Creations is the agent for service of process for Office Depot and all of its subsidiaries.  If a person attempts to serve documents, including summonses, garnishments, subpoenas and other legal papers at your facility:  (1) inform that Process Server to serve those papers on our Registered Agent for Service of Process;  and (2) give them the toll free number, (800) 672-9110, to call for the address of the Registered Agent's office in your area.

- If the Process Server refuses to agree and insists on leaving the papers with you, immediately send those documents to the Legal Department.  Most legal papers are time sensitive and the Company's legal rights may be jeopardized if the Legal Department does not receive and respond to the legal papers within the time limits provided.

Title: Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

- Legal Documents served by mail should be forwarded immediately to the Legal Department. Please forward the original, via interoffice mail, to mail code "C407G." If you have questions, contact us at legalqcsupport@officedepot.com.

## GOVERNMENT INSPECTIONS AND INVESTIGATIONS

Company operations are subject to regulations and inspection by federal, state and local agencies that regulate the Company's affairs including Weights and Measures, FTC, U.S. Department of Labor, Occupational Safety and Health Administration, etc.

**Managing a Government Inquiry**

In general, it is the Company's policy to cooperate and to be courteous to the representatives of any governmental body or agency and to comply, consistent with Company policy, with reasonable requests.

**General Inspection Guidelines**

In the event that a police officer or a municipal, county, state or other government investigator or representative enters a Company location for purposes of conducting an inspection of the Company location, review records, and/or interview Associates, the following steps should be taken:

- If it is a store location, get the Store Manager involved immediately; the Store Manager should:

  - Request that proper identification/credentials be produced for verification;

  - Obtain the investigator's business card or name and contact information;

  - Not volunteer information. Be courteous and polite and assist the investigator in order to bring his or her visit to a conclusion as quickly as possible;

  - Accompany the investigator at all times while he or she is in the store. If you are unable to answer the investigator's questions or provide the records requested, let him or her know that another Company representative will be in touch with an appropriate response

  - Not sign any documents, except an acknowledgement of the inspection/visit, if requested;

  - Keep detailed notes of events, including the date and time of the inspection, what was said or demanded, and any other events related to the inspection;

  - If records are provided to an investigator, always make copies of everything provided for the Company's files;

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner: General Counsel

- If an investigator photographs or videotapes certain areas at the location, photograph or videotape the same areas for the Company's file;

- If the Company is cited for an infraction, obtain as much information as possible in writing regarding the issue(s) in order to explain to your District Manager and/or Human Resources; and

- Notify the District Manager; and/or Human Resources during the inspection, if possible, or upon completion of the inspection,

- The District Manager or Human Resources will alert the Regional Vice President, and the Legal Department.

  - Contact the Legal Department at 561-438-8289 or legalgcsupport@officedepot.com.

- Make copies of all information and paperwork regarding the issues and forward the original documents via interoffice mail to the Legal Department to mail code: "C407G."

- If you have questions, please contact us at legalgcsupport@officedepot.com.

## GOVERNMENT SEARCHES PURSUANT TO A WARRANT

The government may sometimes seek to obtain information in an investigation from a corporation through the use of a search warrant.  In most cases, the exact timing of the execution of the warrant will not be known.  **If agents arrive unexpectedly to serve a warrant, management must contact the Legal Department immediately**. Agents generally arrive at the beginning of a workday, and the Associates should be removed from their work area while their desks, files, computers and offices are searched.  Materials may be carried off Company premises, and may not be returned for months.  Agents may also seek to interview Associates at this time, but Associates should consult the Company's counsel prior to responding.

In addition to inspections and investigations commenced by a governmental agency that involve Company operations, there are frequently inquiries made by law enforcement agencies wherein the help of the Company is sought in a matter which does not directly involve it.  In those instances, it is the Company's policy to cooperate to the fullest extent possible with the investigation being conducted.  However, all Associates are reminded to check with the Legal Department before assistance is given. The Loss Prevention Department is often instrumental in supporting law enforcement with investigative requests and can be enlisted to support that process.

## CUSTOMER COMPLAINTS, BETTER BUSINESS BUREAU, STATE ATTORNEY GENERAL'S OFFICE OR CONSUMER PROTECTION AGENCIES

- Always refer customer complaints or correspondence from the Better Business Bureau to the Customer Relations Department first.  If there is a need for involvement by the Legal Department, Customer Relations will contact us.

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

- 26 -

- You should **immediately** fax documents or papers from the State Attorney General's Office or consumer protection agencies to the Legal Department at (561) 438-4464 and forward the original via interoffice mail to mail code "C407G."

## E.   COMPANY RECORDS

### RECORDS MANAGEMENT PROGRAM

The Company has a comprehensive Records Management Program to assist Associates in handling their records appropriately. The <u>Records Management Manual</u> contains the Company's complete policies, procedures and forms for the Records Management Program. It is located on the Legal Department's Intranet page. Some of this information is also available in links throughout this section.

### WHAT IS A RECORD?

The Company generates an enormous amount of information daily. It is important to keep in mind that any business information of value to the Company recorded in any form or media is a "record."

Records can come in a variety of formats including: (i) *paper documents* such as memos, contracts, marketing materials, reports, tax returns, etc.; (ii) *electronic messages* such as e-mails and attachments, instant messages; and (iii) *electronic documents* residing on servers, hard drives, PDAs, flash drives, and compact disks or other storage media; and (iv) information contained in *company databases*.

### ACTIVE VS. INACTIVE RECORDS

- Active records are related to current, on-going activities and are referenced on a regular basis (generally at least once every 6 months).

- Inactive records are related to closed or completed activities, such as a signed Agreement. While referenced infrequently, the record is retained until its retention period expires; however, inactive records may be sent to offsite storage, such as Iron Mountain.

### LIFE CYCLE OF A RECORD

- **Create/Receive (Identify)** – Once an e-mail, fax, paper, database report or document is created or received, determine whether it is a record and should be retained;
- **Distribute/Use (Classify)** – After identifying as a record, it must be classified according to the Records Retention Schedule;

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner: General Counsel

- **Storage & Maintenance** – Store records in a way that prevents unauthorized access, destruction, alteration or removal and ensure that the records remain legible and retrievable during the entire retention period;

  - **Offsite Storage-**The Company currently has a U.S. contract with Iron Mountain for offsite storage of records for the corporate headquarters.  In order to have the capability to store records at Iron Mountain, each department must have an "Authorized User" that has the capability to add and retrieve records, schedule pick up requests and destroy records after the retention period has expired (discussed in more detail in the Retention and Disposition section).

    - In order to arrange for an authorized user, a manager from that department must send an e-mail to records.management@officedepot.com requesting a department be added to Iron Mountain, if it does not already exist in their system, the name, telephone extension, location (building, floor and mail code) and authority (only add, retrieve records, or also have authorization to destroy records) of this user.

    - Once this e-mail is received, the request will be processed and the authorized user will be provided with a login and temporary password to Iron Mountain Connect, Iron Mountain's web-based system, as well as reference materials to assist with this activity.

- **Retention & Disposition** - Records should be retained in accordance with the Records Management Retention Schedule. Unless a Retention and Preservation of Documents Notice ("Litigation Hold") is in effect, records should be promptly disposed of following the expiration of the retention period set forth in the Records Retention Schedule.  Records containing sensitive personal information must be destroyed by secure means (i.e. shredding).

  E-mails are retained in Office Depot's Google system. The retention period is six (6) months. To keep the message for longer than six (6) months, tag it with the archive label called "# Retain," which will keep it in the system for ten (10) years.  The Records Retention Schedule may not require a 10-year retention period, so retained/archived e-mails should be reviewed periodically to discard e-mails that no longer serve a business purpose and are beyond their retention period.

  Additionally, Associates should review saved documents at least annually to delete documents that no longer have a business purpose and are beyond their retention period.

- **Archival/Preservation** – *If litigation, a government investigation or an audit is reasonably anticipated:*  Immediately cease the destruction of all relevant materials (including records, non-records, e-mail messages and attachments whether sent or received) that may in any way be related until instructed otherwise.  Do not dispose of any records even if the retention period has expired.  The Legal Department will issue a Litigation Hold to the appropriate parties outlining all materials to be preserved.  Legal will also issue a release of the Litigation Hold informing that disposal operations may resume.

Title: Legal Guide
Date Approved: June 30, 2015
Policy Owner: General Counsel

## WHO IS A RECORDS MANAGER?

**Every Associate at Office Depot is a Records Manager!**   We are all responsible for complying with the Company's Records Management Program, which includes: creating, retaining and disposing of records in accordance with the Records Retention Schedule.  Failure to comply with the Records Management Program may result in disciplinary action up to and including termination.

## WHO TO CONTACT

Please review the Records Management Program Frequently Asked Questions (available on Legal Department's Intranet Page).

If you are unable to find the answers there, please contact the Records Coordinator for your department (Records Coordinator List).

Otherwise, contact the Records Management Team at records.management@officedepot.com.

## F.    EMPLOYMENT LAW AND EMPLOYEE BENEFITS

### THE EMPLOYMENT LAW TEAM

The Employment Law Team is comprised of Employment Law Counseling and Employment Litigation.  Employment Law Counseling provides legal advice to Management and Human Resources to ensure the Company's compliance with all federal, state and local employment-related laws.

Employment Litigation handles claims, disputes or lawsuits brought by prospective, current or former employees arising out of their employment with the Company.

If an Associate has questions or concerns about employment at Office Depot, he or she should contact his or her Human Resources Representative or refer to the below.

- Human Resources Page on the Intranet
- U.S. Policy Manual

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

## G.    REAL ESTATE LAW

### WHEN IS A WRITTEN REAL ESTATE AGREEMENT NEEDED?

Whenever a business unit intends to purchase, lease, or engage in any transaction with respect to real property, there must be a written agreement in place reviewed and approved by the Real Estate Legal team.

The Real Estate Legal team provides review, preparation and dedicated support on all aspects of real estate transactions, including purchase and sale agreements, lease agreements and amendments, termination agreements and numerous other real estate related documents.

### WHAT BUSINESS APPROVAL IS REQUIRED?

Company policy requires that all purchases and sales and all new leases, renewals, and store relocations be reviewed and approved by the Real Estate Committee ("REC"). The REC meets approximately once a month, and is comprised in North America of the SVP of Real Estate, President, North America, and EVP, Chief Financial Officer.

### WHO PREPARES THE DOCUMENTS?

When a real estate transaction is approved by the REC, the responsible business owner will initiate his/her request for the drafting of the legal documentation by forwarding to Real Estate Legal a letter of intent fully executed by all parties engaging in the transaction, and a site plan of the real property and the REC presentation. This information provides Real Estate Legal with the terms upon which to prepare the real estate document. Only the Legal Department has the authority to engage outside counsel for assistance with drafting any real estate related documents.

### FORM DOCUMENTS

Certain form real estate documents have been created and distributed to Lease Administration for their use. As long as the forms are used without revision (other than the insertion of the parties' names, dates, etc.), legal approval may not need to be obtained. Any other changes require approval.    In addition, a form letter of intent has been provided to the real estate directors for their use in negotiating the terms of our retail leases. The real estate directors may negotiate business terms as they reasonably determine (subject to REC approval) and amend the letter of intent accordingly, provided that the letter of intent maintains the form language indicating that it is non-binding and the parties shall only be legally bound when a formal real estate agreement is fully executed by all parties.

The Real Estate Legal team also has a number of other real estate related form documents which are used in connection with the negotiation of various transactions. By way of example, Office Depot utilizes its own form of lease with respect to new store locations in lieu of negotiating from a landlord form document.

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel

## EXECUTION REQUIREMENTS

The execution requirements for Real Estate documents are available on the Legal Department's Intranet page or may be accessed by clicking Real Estate Execution Procedures.

## CONCLUSION

We hope that this Guide will enhance your knowledge of some of the more important laws and regulations that affect your day-to-day operations at Office Depot.  If you have any questions or would like additional information about any of the topics covered in this Guide, please contact the Legal Department via email at legalqcsupport@officedepot.com.

Title:  Legal Guide
Date Approved:  June 30, 2015
Policy Owner:  General Counsel