UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81249-CV-MIDDLEBROOKS

TERRY LOPEZ,

    Plaintiff,

v.

OFFICE DEOPT INC., THE ODP CORPORATION,
THE OFFICE CLUB INC., OMX INC., COMPUCOM
SYSTEM, INC., and GRAND & TOY LLC,

    Defendants.
                                      /

## **ORDER CLOSING CASE**

THIS CAUSE came before the Court upon a *sua sponte* review of the record. This is a *pro se* employment discrimination complaint pursuant to the Civil Rights Act of 1964, The Civil Rights Act of 1991, the Florida Civil Rights Act of 1992, and the "Palm Beach County Equal Employment Ordinance," filed on July 16, 2021. (DE 1, DE 9). On September 9, 2021, Plaintiff sought leave to file an amended complaint, including the text of her proposed amended complaint within the motion. (DE 9). On September 14, 2021 I entered an Order granting in part Plaintiff's motion. (DE 12). I explained that both complaints suffered from numerous pleading deficiencies. (*Id.* at 4–6). I therefore allowed Plaintiff one opportunity to file an amended complaint by September 23, 2021 that complies with the Federal Rules of Civil Procedure, this Court's Local Rules, and applicable law. (*Id.* at 1, 6–7). To date, Plaintiff has not complied with that order, nor has Plaintiff filed a motion for an extension of time to file an amended complaint.

On September 14, 2021, I also entered a Paperless Order Requiring Status Report Regarding Service of Process. (DE 11). In that order, I advised Plaintiff that the record does not reflect whether summonses for five of the defendants have been issued, or whether service has

been accomplished as to these defendants. (*Id.*). I directed Plaintiff to file a status report by September 22, 2021. (*Id.*). To date, Plaintiff has not complied with that order, nor has Plaintiff filed a motion for an extension of time to file a response.

Pursuant to Federal Rule of Civil Procedure 41, a court may dismiss an action for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b); *McLeod v. Sec'y, Fla. Dep't of Corr.*, 679 F. App'x 840, 843 (11th Cir. 2017) (affirming dismissal of *pro se* litigant's case for noncompliance with court orders). I warned Plaintiff in a September 14, 2021 order that the failure to file a timely amended complaint in compliance with that order shall result in dismissal without prejudice. (DE 12 at 6–7). I therefore find that Plaintiff's failure to prosecute and comply with my September 14, 2021 orders (DE 11; DE 12) warrants dismissal.

Accordingly, it is **ORDERED AND ADJUDGED** that

1. Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with court orders.
2. The Clerk of Court shall **CLOSE THIS CASE**.
3. All pending motions are **DENIED AS MOOT**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 28th day of September, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record
Terry Lopez
101 Emerald Court
Royal Palm Beach, FL 33411
PRO SE